704

— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

MARY L. PRENOVICH, Respondent, v. BERNARD L. PRENOVICH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY E. DONLEY, Also Known as MARCIA HEYWOOD, Appellant, v. RADIO TRANSPORTATION CO., INC., and Others, Defendants. MYRON J. SHON and MAURICE CHACHKES, Doing Business, etc., Appellants; VINCENT S. MARTINELLI, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ACE WASTE MATERIALS, INC., Appellant, v. MAURO G. LARUSSO and Others, Respondents. NICOLA CORRADO, as Director and Secretary, etc., Appellant, v. MAURO G. LARUSSO and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THEODORE QUINT, Respondent, v. LENA GREENBERG, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH MARKOWITZ, Respondent, v. UNITED STATES TRUCKING CORP., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to a renewal upon affidavits showing a meritorious cause of action. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RICHMOND J. REESE, as Coexecutor under the Will of IRVING I. BLOOMINGDALE, Deceased, and the Fixation of Attorneys' Fees. In the Matter of the Judicial Settlement of the Account of Proceedings of RICHMOND J. REESE, as Coexecutor under the Will of IRVING I. BLOOMINGDALE, Deceased, and the Fixation of Attorneys' Fees. In the Matter of the Judicial Settlement of the Account of Proceedings of GEANNE H. B. BUTLER, as Executrix, etc., of IRVING I. BLOOMINGDALE, Deceased. GEANNE H. B. BUTLER, Individually, Appellant; DONALD BLOOMINGDALE and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AUGUSTA B. GAUGHAN, Respondent, v. GUSTAVE HALPERN, Appellant.— Order unanimously modified by directing plaintiff to serve within ten days after service of order a further bill of particulars covering the details required in item " 5," with the exception of subdivision " (L) " thereof which relates to general damages, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HELEN WEINSTEIN, Appellant, for an Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.